EDWIN K. BREADY, Doing Business under the Name of GERARD WORSTED COMPANY, Appellant, *v.* B. A. WECHSLER Co., INC., Respondent.

(Submitted March 12, 1923; decided March 20, 1923.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements.  (See 235 N. Y. 539.)

---

ELIZABETH A. REILLY, Appellant, *v.* WATERSON, BERLIN & SNYDER Co., Respondent.

*Contract — guaranty — action to recover royalties — defense of breach of contract.*

*Reilly* v. *Waterson, Berlin & Snyder Co.*, 202 App. Div. 634, affirmed. (Argued January 25, 1923; decided March 23, 1923.)

APPEAL from a judgment, entered July 27, 1922, upon an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 27, 1922, reversing a judgment in favor of plaintiff entered upon a verdict directed by the court and directing a dismissal of the complaint.   The action was to recover upon a contract whereby it was alleged defendant guaranteed the payment of certain minimum royalties to plaintiff's assignor. The defense was breach of contract on the part of said assignor.

*Joseph Walter Magrauth, Dennis F. O'Brien* and *Arthur F. Driscoll* for appellant.

*Charles H. Tuttle, Carl E. Peterson* and *Thomas F. MacMahon* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, McLAUGHLIN and CRANE, JJ.   CARDOZO and POUND, JJ., vote for modification of judgment by granting new trial.   Absent: ANDREWS, J.